# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1368

_____

Alice Allen,                                    *
                                                *
              Appellant,                        *
                                                *   Appeal from the United States
       v.                                       *   District Court for the Eastern
                                                *   District of Missouri.
Floyd O. Bartch, Gaming                         *
Commissioners Chairman,                         *        [UNPUBLISHED]
                                                *
              Appellee.                         *

_____

Submitted: July 19, 2004
Filed: July 22, 2004

_____

Before WOLLMAN, McMILLIAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

Alice Allen (Allen) appeals the district court's[1] dismissal of her civil complaint, without prejudice, for lack of subject matter jurisdiction. Having carefully reviewed the record, we conclude the dismissal was proper because Allen's complaint neither presented a federal question nor established diversity of citizenship. Accordingly, we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Frederick R. Buckles, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c) (2000).